RECEIVED
BY
APR 2 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 03-50033-04 |
| versus | JUDGE WALTER |
| NICHOLAS B. GENTRY | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Nicholas Gentry's **Motion to Vacate (Doc. 252; amended at Doc. 288) is granted** as follows: Gentry is granted a new sentencing hearing, which will be held on _THURSDAY, MAY 11_, 2006 at _10:30 A_.m. in courtroom _2_ at the United States Court House in Shreveport. The U.S. Probation Office is directed to prepare an updated presentence report. The claim for relief based on counsel's lack of consultation regarding an appeal is denied as moot in light of the relief granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this _20_ day of _April_, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

cc: USPO; USM